# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                       CHAPTER 13 CASE NO:

DONNA INGRAM                                           19-13711-JDW

## TRUSTEE'S OBJECTION TO EXEMPTIONS

COMES NOW the Trustee and objects to claimed exemptions as follows:

☐ Based upon the residency of the Debtor during the 730-day period prior to the petition date, the Debtor is not entitled to any exemptions claimed pursuant to:

☒ Certain property claimed is not exempt pursuant to the specific statute cited. Laptop ($250) and 55" TV ($300), Miss. Code Ann. § 85-3-1 (1972, as amended).

☐ The total amount of all claimed exemptions is in excess of the statutory allowance.

☐ The amount of certain claimed exemption(s) is in excess of the statutory allowance.

☐ Certain property claimed as exempt is not scheduled as property of the Debtor.

☐ Other:

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter its order disallowing the claimed exemption, and for such other relief which is just and proper.

Dated: October 1, 2019

                                               Respectfully submitted,
                                               LOCKE D. BARKLEY, TRUSTEE

                                               */s/ W. Jeffrey Collier*
                                               ATTORNEY FOR TRUSTEE
                                               W. Jeffrey Collier (MSB 10645)
                                               6360 I-55 North, Suite 140
                                               Jackson, Miss. 39211
                                               (601) 355-6661
                                               ssmith@barkley13.com

## CERTIFICATE OF SERVICE

      I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

      Dated: October 1, 2019

                                                          /s/ *W. Jeffrey Collier*
                                                          ATTORNEY FOR TRUSTEE
                                                          W. JEFFREY COLLIER