

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                              **CHAPTER 13 CASE NO.:**

**DONNA INGRAM**                                   **19-13711-JDW**

### ORDER DEEMING SECTION 1322(b)(5) CLAIM CURRENT AND DEFAULTS ARE CURED

THIS MATTER came before the Court on the Motion to Deem Section 1322(b)(5) Claim Current and Defaults Cured (Dkt. #59) filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), after notice and an opportunity for response or objection. The Court finds that no timely responses or objections have been filed and that the Trustee's motion is due to be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that Trustee's Motion to Deem Section 1322(b)(5) Claim Current and Defaults Cured shall be and is hereby granted.

IT IS FURTHER ORDERED, that the Section 1322(b)(5) claim of USDA-Rural Housing Service (Clm. #7) shall be and is hereby deemed contractually current through February 2024 with all pre-petition defaults cured from disbursements made by the Trustee.

IT IS FURTHER ORDERED, that any post-petition mortgage fees, expenses, or charges which were not evidenced by a timely filed Notice of Postpetition Mortgage Fees, Expenses, and Charges shall be and are hereby disallowed and shall be discharged upon entry of the discharge order.

##END OF ORDER##

SUBMITTED BY:

/s/ W. Jeffrey Collier
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
Melanie T. Vardaman (MSB 100392)
6360 I-55 North, Suite 140
Jackson, Miss.  39211
(601) 355-6661
ssmith@barkley13.com